IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CLARESA BAGLEY,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | No. 3:16-CV-0420-N (BF) |
| | § | |
| PENNYMAC CORP.,<br>    Defendant. | §<br>§<br>§ | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Plaintiff Claresa Bagley's shall file an amended complaint within fourteen (14) days of the entry of this order. This amended complaint shall include all of the new causes of action included in her response to Defendant's Motion to Dismiss and any other causes of action she chooses to bring.

**IT IS FURTHER ORDERED** that Defendant PennyMac Corp.'s Motion to Dismiss is **DENIED as moot**.

**SO ORDERED** this 16th day of June, 2016.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE