UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CLARESA BAGLEY,           § | |
|     Plaintiff,           § | |
| v.           § | No. 3:16-CV-00420-N (BF) |
| PENNYMAC CORP.,           § | |
|     Defendant.           § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney dated October 19, 2016. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss [ECF No. 17] is **GRANTED** in part and **DENIED** in part. Defendant's Motion to Dismiss Plaintiff's claims under 12 U.S.C. § 2605 and 12 U.S.C. § 2614 is denied. Defendant's Motion to Dismiss Plaintiff's claims for: wrongful foreclosure; quiet title; violations of the Deceptive Trade Practices Act; violations of the Texas Debt Collection Practices Act; violation of the Dodd-Frank Wall Street Reform and Consumer Protection Act under 12 C.F.R. parts 1024 and 1026; violations of the High-Cost Mortgage and Homeownership Counseling Amendments to the Truth in Lending Act (Regulation Z); and the Home Ownership Counseling Amendments to the Real Estate Settlement Procedures Act (Regulation X) is granted and these claims are dismissed with prejudice.

**SO ORDERED** this 9th day of December, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE