UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CLARESA BAGLEY, | § | |
|     Plaintiff, | § | |
| v. | § | No. 3:16-CV-00420-N (BF) |
| PENNYMAC CORP., | § | |
|     Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney dated May 1, 2017. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Summary Judgment [ECF No. 24] is **GRANTED**. Accordingly, Plaintiff's claims shall be dismissed with prejudice.

**SO ORDERED,** this 9th day of June, 2017.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE